```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13651
   CLAUDINE B LEE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8009

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/29/2008 and was confirmed 07/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/05/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC         .00              .00             .00
CITIFINANCIAL AUTO CREDI  UNSECURED       NOT FILED              .00             .00
US BANK CONSUMER FINANCE  SECURED VEHIC         .00              .00             .00
AMERICASH                 UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1017.00              .00             .00
US BANK NA                UNSECURED          570.29              .00             .00
US SPRINT                 UNSECURED       NOT FILED              .00             .00
NATIONWIDE ACCEPTANCE CO  UNSECURED       NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         2386.71              .00           21.61
REGIONAL ACCEPTANCE CO    UNSECURED       NOT FILED              .00             .00
UNIVERSAL LENDERS INC     UNSECURED          778.58              .00             .00
WELLS FARGO               UNSECURED       NOT FILED              .00             .00
MICHAEL LEE               NOTICE ONLY     NOT FILED              .00             .00
TYREE BEARD               NOTICE ONLY     NOT FILED              .00             .00
CITY OF CHICAGO PARKING   UNSECURED             .00              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,324.00                        3,324.00
TOM VAUGHN                TRUSTEE                                             278.88
DEBTOR REFUND             REFUND                                              575.51

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  4,200.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                          21.61
ADMINISTRATIVE                                  3,324.00
TRUSTEE COMPENSATION                              278.88
DEBTOR REFUND                                     575.51
                         ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 13651 CLAUDINE B LEE
```

| | | |
|---|---|---|
| TOTALS | 4,200.00 | 4,200.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE